UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERALD McCULLOUGH | CIVIL ACTION |
| VERSUS | NO. 09-6359 |
| THE INSURANCE COMPANY<br>OF THE STATE OF PENNSYLVANIA, ET AL. | SECTION "N" (4) |

### ORDER AND REASONS

**IT IS ORDERED** that **Plaintiff's Objections to Exhibits (Rec. Doc. 29)** are **OVERRULED IN PART and PARTLY MOOT**.  Plaintiff's objections are moot to the extent that Plaintiff objects to the admission of evidence regarding his discharge from the military.  Defendants indicated on page 1 of Rec. Doc. 25 that they will not seek to introduce evidence relating to Plaintiff's discharge from the military.  As for Plaintiff's remaining objections (regarding his use of marijuana and his MySpace page), those objections are overruled for the reasons previously given by this Court in the October 4, 2010 Order and Reasons (Rec. Doc. 26) relating to the same topics.

New Orleans, Louisiana, this 14th day of October, 2010.

KURT D. ENGELHARDT
United States District Judge